**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-7524**

—————————

VINCENT BRADY ALLEN,

                                        Petitioner - Appellant,

        versus

L. L. SHOE,

                                        Respondent - Appellee.

—————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-98-456-3-MU)

—————————

Submitted: January 20, 2000          Decided: February 2, 2000

—————————

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Vincent Brady Allen, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vincent Brady Allen seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Allen v. Shoe, No. CA-98-456-3-MU (W.D.N.C. Oct. 19, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. We deny Allen's motion to appoint counsel.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on October 14, 1999, the district court's records show that it was entered on the docket sheet on October 19, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2